UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RIPPIE,<br><br>Defendant. | Case No.: 2:13-cr-154-GMN-PAL<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the United States Waive the Appearance of Michael Rippie at the Calendar Call on this case set for Monday June 10, 2013 due to health reasons.

**DATED** this 7th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge