UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL RIPPIE,<br><br>                Defendant. | Case No.: 2:13-cr-00154-GMN-PAL<br><br>**AMENDED ORDER** |

IT IS HEREBY ORDERED, that the counsel for the Defendant and for the Government in the above referenced case be allowed to review the jury questionnaires prior to the commencement of trial.

**IT IS FURTHER ORDERED** that counsel for the parties shall read and sign the Certificate of Compliance With Juror Card Procedure prior to viewing the juror cards.

The parties are directed to call the Jury Office at (702) 464-5600, Monday through Friday, between the hours of 9:00 a.m. and 4:00 p.m., to make an appointment to: (1) read and sign the Certificate of Compliance with Juror Card Procedure; and (2) view the juror cards, in the presence of jury office staff.

**DATED** this 12th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge