**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-154-GMN-(PAL) |
| ) | |
| MICHAEL RIPPIE, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on August 9, 2013, defendant MICHAEL RIPPIE was found guilty by a jury on Counts One and Two of a Two-Count Superseding Indictment charging him in Count One with Possession of a Firearm by a Person Previously Committed to a Mental Institution in violation of Title 18, United States Code, Section 922(g)(4); and in Count Two with Making False Statement to Acquire Firearm in violation of Title 18, United States Code, Section 922(a)(6). Superseding Indictment, ECF No. 1; Jury Trial Minutes, ECF No. __; Jury Verdict, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Indictment and the offenses to which defendant MICHAEL RIPPIE was found guilty by a jury.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

a. a Ruger, model P94, .40 caliber pistol, serial number 340-77627;

b. a Stevens model 58, 20 gauge shotgun, with no serial number;

c. a Harrington & Richardson, 16 gauge shotgun, serial number A323738;

d. a Ruger, model 10/22, .22 magnum rifle, serial number 290-13543;

e. an unknown manufacturer (Cyrillic markings), unknown model, unknown caliber rifle, serial number 206725;

f. a Ruger, New Model Single Six, .22 magnum caliber revolver, serial number 268-53486;

g. a Stevens, model 240, .410 Bore shotgun, unknown serial number;

h. a Century Arms Inc., model AKMS, 7.62 X 39 caliber rifle, serial number KMS04456;

i. a Bushmaster, model XM15-E2S, .223 caliber rifle, serial number ARA015268;

j. a Dan Wesson, .357 magnum revolver, serial number 375630;

k. a Mossberg, model 500A, 12 gauge shotgun, serial number L623664;

l. a Ruger, model M77, .338 Winchester Magnum rifle, serial number 782-98697;

m. a Marlin, model 444S, .444 Marlin caliber rifle, serial number 23009764;

n. a Dan Wesson Arms, .44 Magnum revolver, serial number CC566;

o. a Baker Gun Co., 12 gauge, Black Beauty Special, serial number 201318F; and

p. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MICHAEL RIPPIE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 12th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge